# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of January, two thousand twenty-four.

Present:
    Pierre N. Leval,
    Michael H. Park,
    Eunice C. Lee,
        *Circuit Judges*.

_____

Attestor Master Value Fund LP, Trinity Investments Limited, Bison Bee LLC, Bybrook Capital Master Fund LP, Bybrook Capital Hazelton Master Fund LP, White Hawthorne, LLC, White Hawthorne II, LLC,

    *Plaintiffs-Appellees*,

v.      22-2301(L), 22-2198(CON), 22-2231(CON), 22-2274(CON), 22-2282(CON), 22-2295(CON), 22-2296(CON), 22-2312(CON), 22-2313(CON), 22-2316(CON), 22-2325(CON), 22-2328(CON), 22-2330(CON), 22-2331(CON), 22-2332(CON), 23-516(CON), 23-524(CON), 23-528(CON), 23-538(CON), 23-539(CON), 23-551(CON), 23-552(CON), 23-553(CON), 23-554(CON), 23-555(CON), 23-556(CON), 23-558(CON), 23-559(CON), 23-560(CON), 23-564(CON)

**ORDER**

The Republic of Argentina,
    *Defendant-Appellant*.

_____

The parties have filed their materials in this case either entirely under seal or with heavy redactions. Appellees now move to conduct oral argument under seal. That motion is **DENIED**. The parties should attend oral argument prepared to discuss any information relevant to this case publicly with the exception of specific confidential financial information.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court