**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: August 21, 2024
Docket #: 22-2301cv
Short Title: Attestor Master Value Fund LP v. Republic of Argentina

DC Docket #: 14-cv-5849
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 14-cv-10016
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 18-cv-3446
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 15-cv-2369
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 15-cv-7367
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 16-cv-1192
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 21-cv-2060
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 16-cv-1042
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 15-cv-1588
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 15-cv-5886
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 15-cv-2611
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 15-cv-9982
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 16-cv-1436
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 15-cv-4767
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 15-cv-9601
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 14-cv-5849
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 18-cv-3446
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 15-cv-2369
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 15-cv-7367
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 16-cv-1192

DC Court: SDNY (NEW YORK CITY)DC Docket #: 21-cv-2060
DC Court: SDNY (NEW YORK CITY)DC Docket #: 14-cv-10016
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-1588
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-2611
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-5886
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-9982
DC Court: SDNY (NEW YORK CITY)DC Docket #: 16-cv-1436
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-4767
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-9601
DC Court: SDNY (NEW YORK CITY)DC Docket #: 16-cv-1042
DC Court: SDNY (NEW YORK CITY)
DC Judge: Preska

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8560.