# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand twenty-four.

Before:     Pierre N. Leval,
              Barrington D. Parker,
              Eunice C. Lee,
                  *Circuit Judges.*

| | |
|---|---|
| Attestor Master Value Fund LP, Trinity Investments Limited, Bison Bee LLC, Bybrook Capital Master Fund LP, Bybrook Capital Hazelton Master Fund LP, White Hawthorne, LLC, White Hawthorne II, LLC, <br><br>        Plaintiffs - Appellees, <br><br>v. <br><br>Republic of Argentina, <br><br>        Defendant - Appellant. | **JUDGMENT** <br><br> Docket Nos. 22-2301(L), 22-2198 (Con), 22-2231(Con), 22-2274(Con), 22-2282(Con), 22-2295(Con), 22-2296(Con), 22-2312(Con), 22-2313(Con), 22-2316(Con), 22-2325(Con), 22-2328(Con), 22-2330(Con), 22-2331(Con), 22-2332(Con), 23-516(Con), 23-524(Con), 23-528(Con), 23-538(Con), 23-539(Con), 23-551(Con), 23-552(Con), 23-553(Con), 23-554(Con), 23-555(Con), 23-556(Con), 23-558(Con), 23-559(Con), 23-560(Con), 23-564(Con) |

     The appeals in the above captioned cases from orders of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

     IT IS HEREBY ORDERED, ADJUDGED and DECREED that the orders of the district court are AFFIRMED.

                                                   For the Court:
                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court

